DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cheryl Gay Huie Vickery,<br><br>  Plaintiff,<br><br>  vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>  Defendant. | Case No. 1:21-CV-00795-SKO<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br><br>(Doc. 22) |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from May 3, 2022 to June 2, 2022, for Plaintiff to serve on defendant with PLAINTIFF'S OPENING BRIEF.  All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's third request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary as Plaintiff' Counsel continues to care for her ill father in Houston, Texas with limited access to her

1

computer. For the week of April 25, 2022 Counsel has three merit briefs and one Reply brief due. Plaintiff's Counsel has included a declaration in support of the motion. Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

                                Respectfully submitted,

Dated: May 2, 2022         PENA & BROMBERG, ATTORNEYS AT LAW

                        By: */s/ Dolly M. Trompeter*
                           DOLLY M. TROMPETER
                           Attorneys for Plaintiff

Dated: May 2, 2022         PHILLIP A. TALBERT
                           United States Attorney
                           PETER K. THOMPSON
                           Acting Regional Chief Counsel, Region IX
                           Social Security Administration

                        By:  *\*/s/ Frederick Fripps*
                           Frederick Fripps
                           Special Assistant United States Attorney
                           Attorneys for Defendant
                           (\*As authorized by email on May 2, 2022)

# **ORDER**

Based upon the foregoing stipulation of the parties (Doc. 22), and for good cause appearing (Fed. R. Civ. P. 16(b)(4)),

IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, to and including June 2, 2022, in which to file Plaintiff's motion for summary judgment. All other deadlines set forth in the Scheduling Order (Doc. 21) shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **May 3, 2022**                         /s/ *Sheila K. Oberto*
                                                     UNITED STATES MAGISTRATE JUDGE