DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cheryl Gay Huie Vickery,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:21-CV-00795-SKO<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br><br>(Doc. 24) |

　　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 1-day extension of time, from June 2, 2022 to June 3, 2022, for Plaintiff to serve on defendant with PLAINTIFF'S OPENING BRIEF.  All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　　This is Plaintiff's fourth request for an extension of time.  Counsel has recently returned to San Francisco, California and requires the additional time to ensure the timely submission of briefing assignments currently on calendar.

1

Counsel is catching up on past due assignments as she has been out of the state for several months due to her father's current health issues. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

                                            Respectfully submitted,

Dated: June 1, 2022         PENA & BROMBERG, ATTORNEYS AT LAW

                                  By: */s/ Dolly M. Trompeter*
                                       DOLLY M. TROMPETER
                                       Attorneys for Plaintiff

Dated: June 1, 2022         PHILLIP A. TALBERT
                                       United States Attorney
                                       PETER K. THOMPSON
                                       Acting Regional Chief Counsel, Region IX
                                       Social Security Administration

                                By:  */s/ Frederick Fripps*
                                       Frederick Fripps
                                       Special Assistant United States Attorney
                                       Attorneys for Defendant
                                       (*As authorized by email on June 1, 2022)


# **ORDER**

Based upon the foregoing stipulation of the parties (Doc. 24), and for good cause appearing (Fed. R. Civ. P. 16(b)(4)),

IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, to and including June 3, 2022, in which to file Plaintiff's motion for summary judgment. All other deadlines set forth in the Scheduling Order (Doc. 21) shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **June 3, 2022**                                      /s/ *Sheila K. Oberto*
                                                        UNITED STATES MAGISTRATE JUDGE